# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: Raymond A. Maroni and Erin** | ) | Case No. 10-3898 |
| **K Farrell-Moroni** | ) | Judge: John H. Squires |
| **DEBTOR(S)** | ) | CHAPTER 13 |
| | ) | |

_____

| | | |
|---|---|---|
| **Raymond A. Maroni and Erin** | ) | Adversary No. |
| **K Farrell-Moroni** | ) | Judge: John H. Squires |
| **Plaintiff** | ) | |
| | ) | |
| Vs. | | |
| **Charter One Na.** | | |

**TO:** Office of U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60173
Chapter 13 Trustee Glenn Stearns, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Raymond A. Moroni and Erin K. Farrell-Moroni, 504 Newton Ave., Glen Ellyn, IL 60137
Charter One NA, Corporate Bankruptcy, Citizens Bank 480 Jefferson Blvd., RJE 135, Warwick, RI 02886
Charter One, 870 Westminster St., Providence, RI 02903
Charter One Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Dr., Springfield, IL 62703
Registered Agent President, MARC PAULHUS 71 S WACKER DR 28TH FL CHICAGO IL 60606
See also attached service list

I, John P. Carlin, certify that I am, and at all times during the service of Process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of this complaint was delivered to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 1305 Remington Road, Suite C, Schaumburg, IL 60173, before 5:00 p.m. on or before October 5, 2010.


___/s/ John P. Carlin____
John P. Carlin #6277222
Attorney for Debtors
Chang & Carlin, L.L.P.
1305 Remington Road, Suite C
Schaumburg, IL 60173
847-843-8600

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: Raymond A. Moroni and Erin | ) | Case No. 10-3898 |
|     K Farrell-Moroni | ) | Judge: John H. Squires |
|     DEBTOR(S) | ) | CHAPTER 13 |
| | ) | |

_____

| | | |
|---|---|---|
| Raymond A. Moroni and Erin | ) | Adversary No. |
| K Farrell-Moroni | ) | Judge: John H. Squires |
|             Plaintiff | ) | |
| | ) | |
|         Vs. | ) | |
| Charter One Na. | ) | |

## ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID JUNIOR MORTGAGE OF CHARTER ONE NA

NOW COME, Raymond A. Moroni and Erin K. Farrell-Moroni, by and through their attorney John P. Carlin and complain of the Defendant, Charter One Na. and state as follows:

1. The Plaintiffs, Raymond A. Moroni and Erin K. Farrell-Moroni, are married and reside at 504 Newton Ave., Glen Ellyn, IL 60137.

2. Charter One Na. is a lender and/or servicer of mortgages.

3. On September 27, 2010, Raymond A. Moroni and Erin K. Farrell-Moroni filed a petition for relief under Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois as Case Number 10-42963.

4. This Adversary Proceeding arises under Sections 502 and 506 of the United States Bankruptcy Code.

5. This Honorable Court has Jurisdiction over this Adversary Proceeding pursuant to 28 USC Sections 151, 157 and 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois, in that this action relates to the Bankruptcy Case 10-42963, In re Raymond A. Moroni and Erin K. Farrell-Moroni, which is presently pending before this Honorable Court.

6. This proceeding is a core proceeding under 28 USC Section 157(B)(2)(K).

7. Raymond A. Moroni and Erin K. Farrell-Moroni are the owners of real estate (hereinafter called "the real estate") commonly known as 504 Newton Ave., Glen Ellyn, IL 60137, and legally described as:

**The parcel number is 05-10-409-018-0000. Lot 5 in Block 2 of Hopping's Subdivision, in Section 10, Township 39 North, Range 10, East of the Third Principal Meridian, According to the Plat thereof recorded April 15, 1924 as Document 176394, in DuPage County, Illinois.**

8. The fair market value of the real estate is $390,500.00. See attached appraisal as Exhibit A.

9. A first mortgage lien is currently held by Homecomings Financial Network, Inc. in the amount of $401,254.00. See Exhibit B.

10. Charter One NA granted the junior mortgage for $58,586.00.

11. Under Sections 506(a) and 506(d), Defendant's junior mortgage would be allowed a secured claim to the extent of the value of the estate's interest in the property securing the claim, and Defendant's lien is void to the extent it is not an allowed secured claim.

12. The amount owed on the first mortgage is $401,254.00 exceeds the value of the underlying property, $390,500.00.

13. Because the junior mortgage lien held by Defendant is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In Re: Lam, 211 B.R. 36 (9th Cir. BAP 1357), In Re: Pond, 2001 U.S. App. Lexis 11287 (2nd Cir. 2001), In Re: McDonald, 205 F.3d 606 (3rd Cir. 2000).

WHEREFORE, Raymond A. Moroni and Erin K. Farrell-Moroni pray that this Honorable Court enter a judgment against Charter One NA and find that the alleged lien of Charter One NA is completely unsecured and avoid the Charter One NA junior mortgage recorded in the DuPage County Recorder of Deeds and find that the junior mortgage is of no further legal effect and for any further relief that this Court deems just and proper.

Respectfully Submitted,

___/s/ John P. Carlin____
John P. Carlin #6277222
Attorney for Debtors
Chang & Carlin, L.L.P.
1305 Remington Road, Suite C
Schaumburg, IL 60173
847-843-8600