[Zillow Real Estate](#)

- [Homes](#)
  - [Glen Ellyn Homes For Sale](#)
  - [Glen Ellyn For Sale By Owner](#)
  - [Glen Ellyn Foreclosures](#)
  - [Glen Ellyn Open Houses](#)
  - [Glen Ellyn Apartments for Rent](#)
  - [Glen Ellyn Houses For Rent](#)
  - [Glen Ellyn Recent Home Sales](#)
  - [Illinois Homes For Sale](#)

Post a Home
[For Sale by Owner](#)
[For Sale by Agent](#)
[For Rent](#)
[Make Me Move](#)

- [Mortgage](#) (LOW RATES!)
  - [Illinois Mortgage Rates](#)
  - [Glen Ellyn Mortgage Rates](#)
  - [Mortgage Calculators](#)
  - [Help Center](#)

Tools
[Get Custom Quotes](#)
[Lender Signup](#)
Popular
[FHA Loan](#)
[Refinancing](#)
[Home Equity Loan](#)

- [Advice](#)
  - [Real Estate Advice](#)
  - [Zillow FAQs](#)
  - [Home Buying Advice](#)
  - [Home Selling Advice](#)
  - [Mortgage Advice](#)

Tools
[Ask a Question](#)

- [Directory](#)
  - [Glen Ellyn Real Estate Agents](#)
  - [Glen Ellyn Mortgage Lenders](#)
  - [Glen Ellyn Other Real Estate Services](#)
  - [Glen Ellyn Home Improvement](#)

Tools
[Join the Directory](#)

- [Local Info](#)
  - [Glen Ellyn Overview](#)
  - [Glen Ellyn Home Prices & Values](#)
  - [Glen Ellyn Demographics](#)
  - [Glen Ellyn Photos](#)
  - [Glen Ellyn Schools](#)

- o   Glen Ellyn Homes
- o   Illinois Home Prices & Values

Popular
Real Estate Market Reports

- More
  - o   What Zillow Offers
  - o   Dueling Digs
  - o   Zillow Blog
  - o   Widgets, Badges & Data

Tools
Real estate advertising

Homes

Find home values and listings   Neighborhood or   GO

Map

- Views: 20
- US
- Illinois

**Nearby States**

- o   Alaska
- o   Alabama
- o   Arkansas
- o   American Samoa
- o   Arizona
- o   California
- o   Colorado
- o   Connecticut
- o   Washington D.C.
- o   Delaware
- o   Florida
- o   Georgia
- o   Guam
- o   Hawaii
- o   Iowa
- o   Idaho
- o   Illinois
- o   Indiana
- o   Kansas
- o   Kentucky

- o   Louisiana
- o   Massachusetts
- o   Maryland
- o   Maine
- o   Michigan
- o   Minnesota
- o   Missouri
- o   Northern Mariana Islands
- o   Mississippi
- o   Montana
- o   North Carolina
- o   North Dakota
- o   Nebraska
- o   New Hampshire
- o   New Jersey
- o   New Mexico
- o   Nevada
- o   New York
- o   Ohio
- o   Oklahoma
- o   Oregon
- o   Pennsylvania
- o   Puerto Rico
- o   Rhode Island
- o   South Carolina
- o   South Dakota
- o   Tennessee
- o   Texas
- o   Utah
- o   Virginia
- o   Virgin Islands
- o   Vermont
- o   Washington
- o   Wisconsin
- o   West Virginia
- o   Wyoming

Don't see it?

Find: ☐ Search

- Glen Ellyn

**Nearby Cities**

- Addison
- Carol Stream
- Downers Grove
- Elmhurst
- Glen Ellyn
- Glendale Heights
- Lombard
- West Chicago
- Westmont
- Wheaton

Don't see it?

Find: ⬚ Search

Close

**Get mortgage quotes anonymously** on Zillow Mortgage Marketplace.

# 504 Newton Ave

Glen Ellyn, IL 60137





© 2010 Microsoft Corporation © 2010 NAVTEQ © AND Pictometry Bird's Eye © 2010 Pictometry International Corp Pictometry Bird's Eye © 2010 MDA Geospatial Services Inc.

© 2010 Microsoft Corporation © 2010 NAVTEQ © AND Pictometry Bird's Eye © 2010 Pictometry International Corp Pictometry Bird's Eye © 2010 MDA Geospatial Services Inc.

- No photos available for this property

**Zestimate®: $390,500**
**Value Range:** $324K – $457K

**Monthly payment:**

**Estimated Monthly Payment**

Price:

$390,500

Down payment:

20 %  ($78,100)

- 30 Year Fixed:
  4.16% **$1,521** /mo
- 15 Year Fixed
  3.67% **$2,260** /mo
- 5/1 ARM:
  2.97% **$1,312** /mo

☐ Include estimated taxes and insurance

- See current rates On Zillow Mortgage Marketplace

**$1,521**

- See current rates on Zillow

| | |
|---|---|
| **Bedrooms:** | -- |
| **Bathrooms:** | 2 |
| **Sqft:** | 1,988 |
| **Lot size:** | -- |
| **Property type:** | Single Family |
| **Year built:** | 1916 |
| **Parking type:** | Garage - Detached |

| | |
|---|---|
| **Cooling system:** | -- |
| **Heating system:** | -- |
| **Fireplace:** | Yes |
| **Last sold:** | December 01 1987 |

**Description**

This is a 1988 square foot, 2.0 bathroom, single family home. It is located at 504 Newton Ave Glen Ellyn, Illinois. The nearest schools are Lincoln Elementary School, Hadley Junior High School and Glenbard West High School.
More facts

- Post for sale/rent
    - Post for sale
    - Post for rent
    - Set a Make Me Move price
- Save
    - Save as favorite
    - **Notes** (private & optional)

Save Note

Note Saved

- Share
    - E-mail to
    - E-mail to a friend
    - Share on Facebook
    - Share on Twitter
- E-mail me
    - Get price/status updates

- o   [Get home value report](#)
- o   [Get new listings](#)
- [Edit](#)
  - o   [Edit home facts](#)
  - o   [Edit home description](#)
  - o   [Add/edit photos](#)
  - o   [Move home's map location](#)
  - o   [Edit school & neighborhood](#)
  - o   [Report problem with home](#)
  - o   [Claim your home](#)
- [Print](#)
- [Map](#)

[Close](#)

Report a Problem



Problem: Please select... ▼    Details:    Your e-mail*:

Please enter a valid email address.

- [Submit](#)
- [Cancel](#)
- (*=Required)

Stating a discriminatory preference in an advertisement for housing is illegal. If you think this content is discriminatory or otherwise inappropriate and feel it should be removed from Zillow.com, please let us know by completing the information above.

Close

Content flagged

We will review this content Thanks for helping make the site more useful to everyone. To learn more, read Zillow's Good Neighbor Policy.

Close

We're Sorry

This service is temporarily unavailable. Please come back later and try again.

**Charts and Data**

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate® Close Zestimate A **Zestimate** home valuation is Zillow's estimated market value. It is not an appraisal. Use it as a starting point to determine a home's value. Learn more | **$390,500** | $324K – $457K | +$5,000 | $196 | 10/01/2010 |

The **Value**

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Range** is the high and low estimate market value for which Zillow values a home. The more information, the smaller the range, and the more accurate the Zestimate. [See data coverage and accuracy table](#) | | | | | |
| **Don't agree with your home's Zestimate?** Owners can [edit their home facts](#) to make the Zestimate more accurate. Plus, you can leave an opinion on your Zestimate value below. Just click "Owner | | | | | |

|  | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|

Comment".

My estimate — Create estimate
Post a comment

Zestimate is :  posted on



Sorry, we were unable to complete the comment transaction at this time. Please try again later.

I think the Zestimate is:  ⊙ Too Low  ○ About Right  ○ Too High

Owner Comment — **My opinion (note that this comment will be public)**

Your comment is too long. Please limit it to 256 characters.

Please agree to the site Zillow's Terms of Use by checking the box.

Submit  Cancel

- **Show**
    - ⊙ Zestimate ($)
    - ○ Zestimate (% change)
    - ○ Listing price

- o Tax assessment
- o Tax paid
- o Page views
- **Time period**
  - o 1 month
  - o 1 year
  - o 5 years
  - o 10 years

- Compare 60137 to nearby areas



**Price History**

| Date | Description | Price | % Chg | $/sqft | Source | |
|---|---|---|---|---|---|---|
| 12/01/1987 | Sold | $132,900 | -- | $66 | Public Record | Close  Report a problem with |

| Date | Description | Price | % Chg | $/sqft | Source | |
|---|---|---|---|---|---|---|
| | | | | | | the transaction Problem: <br> Please select... <br> Details: <br> Your e-mail*: <br><br> Please enter a valid email address. <br><br> • Submit <br> • Cancel <br> • (*=Required) <br><br> All disputes will be verified with the county for accuracy <br><br> Close <br> Transaction flagged <br><br> We will review this transaction. If changes |

| Date | Description | Price | % Chg | $/sqft | Source | |
|------|-------------|-------|-------|--------|--------|--|
| | | | | | | are necessary, it may take up to 2 weeks for corrections to appear on Zillow. Thanks for helping make the site more useful to everyone. To learn more, read [Zillow's Good Neighbor Policy](). |

Close
We're Sorry
This service is temporarily unavailable. Please come back later and

| Date | Description | Price | % Chg | $/sqft | Source | |
|---|---|---|---|---|---|---|
| | | | | | | try again. |

**Tax History**

| Year | Taxes paid | % Change | Tax assessment | % Change |
|---|---|---|---|---|

More entries Fewer entries