# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Raymond A. Moroni and Erin | ) | Case No. 10-42963 |
| K Farrell-Moroni | ) | Judge: John H. Squires |
| DEBTOR(S) | ) | CHAPTER 13 |
| | ) | |

_____

| | | |
|---|---|---|
| Raymond A. Maroni and Erin | ) | Adversary No. 10-01926 |
| K Farrell-Moroni | ) | Judge: John H. Squires |
| | ) | |
| Plaintiff | ) | |
| Vs. | ) | |

Charter One Na.

## NOTICE OF MOTION

TO:  Raymond A. Moroni and Erin K. Farrell-Moroni, 504 Newton Ave., Glen Ellyn, IL 60137
Office of U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60173
Chapter 13 Trustee Glenn Stearns, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Charter One NA, Corporate Bankruptcy, Citizens Bank 480 Jefferson Blvd., RJE 135, Warwick, RI 02886
Charter One, 870 Westminster St., Providence, RI 02903
Charter One Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Dr., Springfield, IL 62703
Registered Agent President, Marc Paulhus 71 S Wacker Drive 28th Floor Chicago IL 60606
See also attached service list

PLEASE TAKE NOTICE that on ___January 7, 2011___, at _11:30 a.m._ or as soon thereafter as I may be heard, I shall appear before the Honorable <u>Judge Squires</u> or any other Bankruptcy Judge presiding in his or her place in at the 505 North County Farm Road, Courtroom 4016, Wheaton, IL 60187 on the attached <u>Motion for Default Judgment</u> and shall request that the attached Order be entered, at which time you may appear if so desired.

## **PROOF OF SERVICE**

The undersigned does hereby certify that a copy of this Notice was paper mailed or electronically mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 1305 Remington Road, Suite C, Schaumburg, IL 60173 before 6:00 p.m. on or before December 17, 2010.

   /s/ John P. Carlin

John P. Carlin #6277222
Chang & Carlin, LLP
1305 Remington Road. #C
Schaumburg, IL 60173
Phone: 847.843.8600
Fax: 847.843.8605

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Raymond A. Moroni and Erin | ) | Case No. 10-42963 |
| K Farrell-Moroni | ) | Judge: John H. Squires |
| DEBTOR(S) | ) | CHAPTER 13 |
| | ) | |

___

| | | |
|---|---|---|
| Raymond A. Maroni and Erin | ) | Adversary No. 10-01926 |
| K Farrell-Moroni | ) | Judge: John H. Squires |
| | ) | |
| Plaintiff | ) | |
| Vs. | ) | |

Charter One Na.

## MOTION FOR DEFAULT JUDGMENT

Now come the Plaintiffs, Raymond A. Moroni and Erin K. Farrell-Moroni by and through their attorneys, Chang & Carlin, LLP, and in support of their Motion for Default Judgment state as follows:

1. That the Plaintiffs filed their Complaint to Determine Nature and Extent of Lien and Avoid Junior Mortgage of Charter One Na. against Defendant on October 5, 2010.

2. That the Defendant was served via U.S. Mail on October 5, 2010.

3. That the Defendant has failed to file an Answer or otherwise plead.

4. That, as a result, the Plaintiffs requests that a default judgment entered against the Defendant and this Court enter an order stripping the lien of the Defendant.

WHEREFORE, the Plaintiffs, Raymond A. Moroni and Erin K. Farrell-Moroni , pray for the following relief:

A. That this Honorable Court enter a default Judgment against the Defendant for failing to file an Answer or otherwise plead;

B. That this Court enter a Judgment against Charter One Na. and find that the alleged lien of Charter One Na. is completely unsecured;

C. That this Court avoid the junior mortgage lien of Charter One Na. recorded in the Dupage County Recorder of Deeds as Property ID Number 05-10-409-018-0000 and find that the junior mortgage is of no further legal effect; and

    D.  For such other and further relief as this Court deems equitable and just.
December 17, 2010

Respectfully Submitted,

<u>/s/ John P. Carlin</u>
John P. Carlin, 6277222
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173