10-01926:7.0:Proposed Order:Main Document Entered: 12/17/2010 4:28:27 PM by:John Carlin Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Raymond A. Moroni and Erin K Farrell-Moroni DEBTOR(S) | ) ) ) ) | Case No. 10-42963 Judge: John H. Squires CHAPTER 13 |

| | | |
|---|---|---|
| Raymond A. Maroni and Erin K Farrell-Moroni Plaintiff Vs. Charter One Na. | ) ) ) ) ) ) | Adversary No. 10-01926 Judge: John H. Squires |

### DEFAULT JUDGEMENT

THIS CAUSE coming on to be heard on the Plaintiffs' Motion to Default Judgment, the Court being fully advised in the premises, IT IS HEREBY ORDERED AS FOLLOWS:

A. Charter One Na. is in default;

B. The alleged lien of Charter One Na. is completely unsecured;

C. The junior mortgage of Charter One Na. in Dupage County Recorder Deeds as parcel 05-10-409-018-0000 is avoided and is of no further legal effect.

D. [handwritten] In the event the case is dismissed the lien avoided under 11 USC § 506(d) shall be reinstated under 28 USC 1/3 [illegible]

Date: _____  Entered: _____
/s/ John H. Squires

/s/ John P. Carlin
John P. Carlin #6277222
Chang & Carlin, LLP
1305 Remington Road. #C
Schaumburg, IL 60173
Phone: 847.843.8600
Fax: 847.843.8605

JAN - 7 2011